■ In the Matter of NICOLE S., a Person Alleged to be a Juvenile Delinquent, Appellant. [670 NYS2d 100] —Order of disposition, Family Court, New York County (Sheldon Rand, J.), entered on or about February 28, 1997, which adjudicated appellant a juvenile delinquent, following a fact-finding determination that she had committed an act which, if committed by an adult, would constitute the crime of attempted criminal possession of a weapon in the third degree, and placed her with the Division for Youth, limited secure, for a period of 18 months, unanimously affirmed, without costs.

The court properly denied appellant's suppression motion. Appellant's detention as a suspected runaway was authorized under Family Court Act § 718, and the officer's patdown search of her knapsack, as incident to her lawful arrest, was proper (*Matter of Jamel J.*, 246 AD2d 388; *Matter of Mark Anthony G.*, 169 AD2d 89, 93). Moreover, appellant's consent to a search of the knapsack was voluntary under all the circumstances and was not the product of any unlawful police conduct (*see, Matter of Gissette Angela P.*, 172 AD2d 117, *affd* 80 NY2d 863). Concur—Ellerin, J. P., Wallach, Tom and Mazzarelli, JJ.